AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODERICK LAVADES BROWN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-139

UNITED STATES OF AMERICA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated February 26, 2019 adopting the Report and Recommendation as the Court's opinion, that this case is dismissed. This case stands closed.

02/26/2019
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03